out the provision in the judgment that defendant is liable to arrest (Municipal Court Act, § 274), and, as thus modified, affirmed, without costs. See, also, 127 N. Y. Supp. 1114.

BUCHANAN, Appellant, v. SLOANE, Respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Archibald Buchanan against David Sloane. No opinion. Judgment of the Municipal Court affirmed, with costs.

BUCKLEY, Respondent, v. WELCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 31, 1911.) In the matter of the arbitration of certain claims in favor of Martin D. Buckley against Joseph J. Welch. No opinion. Judgment and order affirmed, with costs.

BURGESS, Appellant, v. DOCKSTADER, Respondent. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Harry R. Burgess against Otis Dockstader.
PER CURIAM. Judgment unanimously affirmed, with costs.
SMITH, P. J., not sitting.

BURLINGTON VENETIAN BLIND CO., Appellant, v. RICH, Respondent. (Supreme Court, Appellate Division, Second Department. May 5, 1911.) Action by the Burlington Venetian Blind Company against Arthur L. Rich.
PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the evidence does not show that the plaintiff was doing business in the state of New York, within the meaning of the statute.
WOODWARD and RICH, JJ., dissent.

BURNS BROS. v. ROYAL BANK OF NEW YORK. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Burns Bros. against the Royal Bank of New York. No opinion. Application granted, upon plaintiff's filing stipulation provided in order. Order signed. See, also, 128 N. Y. Supp. 723.

CAMPBELL, Respondent, v. THOMPSON & NORRIS CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1911.) Action by James Campbell against the Thompson & Norris Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

CAMPION v. FARLEY et al. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Marion G. Campion against John M Farley and others. A. S. Pratt and E. J. Myers, for appellant. J. F. Daly, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

CARPENTER, Appellant, v. UNITED GAS, ELECTRIC LIGHT & FUEL CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Peter Carpenter against the United Gas, Electric Light & Fuel Company. No opinion. Judgment and order unanimously affirmed, with costs.

CARRIGAN, Respondent, v. CARRIGAN, Appellant. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by J. Edward Carrigan against Ella M. Carrigan. No opinion. Interlocutory judgment affirmed, with costs.

CASSI v. JANNUZZI. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Abelardo Cassi against Vincenzo Jannuzzi. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

CAVADLO, Appellant, v. FICHTENBAUM et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 5, 1911.) Action by Elizabeth Cavadlo, an infant, etc., by Morris Cavadlo, her guardian ad litem, against Oscar Fichtenbaum and another. No opinion. Judgment and order unanimously affirmed, with costs.

CHARTERED BANK OF INDIA v. NASSAU FIRE INS. CO. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by the Chartered Bank of India against the Nassau Fire Insurance Company. No opinion. Motion denied, with $10 costs. Order filed.

CHASE, Respondent, v. GENERAL ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Joseph E. Chase against the General Electric Company.
PER CURIAM. Judgment and order affirmed, with costs.
HOUGHTON, J., dissents, on the ground that, if the fire was caused by opening the cover to the furnace, such accident was one not reasonably to be anticipated, and hence there was no negligence on the part of the defendant.

CHENKIN, Appellant, v. LIPMAN, Respondent. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Barnet Chenkin against Max Lipman. J. Manheim, for appellant. T. Baumeister, for respondent. No opinion. Order affirmed, with costs. Order filed. See, also, 138 App. Div. 267, 122 N. Y. Supp. 1083.

CICIO, Appellant, v. FUSCO, Respondent. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by Pellegrino Cicio against Alfonzo Fusco. No opinion. Appeal dismissed, with $10 costs and disbursements.

CISKOWSKY, Respondent, v. CORKEDALE et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 5, 1911.) Action by Walter Ciskowsky, as administrator, etc., of Peter Ciskowsky, deceased, against Jennie Corkedale and others. No opinion. Judgment and order unanimously affirmed, with costs.